B 2500A (Form 2500A (12/15)

# United States Bankruptcy Court
## Western District of Virginia

| | | |
|---|---|---|
| In re   GARRETT SHANE LIPSCOMB           , ) | Case No.   18-61000 | |
| Debtor                                                        ) | | |
|                                                                    ) | Chapter   13 | |
|                                                                    ) | | |
| GARRETT SHANE LIPSCOMB            ) | | |
| Plaintiff                                                     ) | | |
| v.                                                              ) | Adv. Proc. No. 18-06033 | |
|                                                                    ) | | |
| VIRGINIA HOUSING DEVELOPMENT AUTHORITY  ) | | |
| Defendant                                                ) | | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the Clerk:   James W. Reynolds, Clerk of Court
                                          U. S. Bankruptcy Court
                                          210 Church Ave, SW
                                          Roanoke, VA 24011

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:  Janice Hansen
                                                              Cox Law Group, PLLC
                                                              900 Lakeside Drive
                                                              Lynchburg, VA 24501

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012. The motion or answer to the complaint shall contain a statement that the defendant does or does not consent to entry of final orders or judgment by the bankruptcy court.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                   James W. Reynolds (Clerk of the Bankruptcy Court)

Date:   December 13, 2018            By:   Janet L Jenkins
                                                   (Deputy Clerk)



B 2500A (Form 2500A) (12/15)

**CERTIFICATE OF SERVICE**

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____        Signature _____

Print Name:        _____

Business Address:    _____

_____

```
                              United States Bankruptcy Court
                              Western District of Virginia
Lipscomb,
         Plaintiff                                                   Adv. Proc. No. 18-06033-rbc

Virginia Housing Development Authority,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0423-6         User: jenkinsj              Page 1 of 1               Date Rcvd: Dec 13, 2018
                             Form ID: pdf003             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.
```
pla            +Garrett Shane Lipscomb,    188 Grove Avenue,   Madison Heights, VA 24572-5157
dft            +Virginia Housing Development Authority,   601 South Belvidere St.,   Richmond, VA 23220-6504
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

```
          ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2018 at the address(es) listed below:
```
              Janice   Hansen    on behalf of Plaintiff Garrett Shane Lipscomb ecf@coxlawgroup.com,
                 clgecf@gmail.com
```
                                                                                                   TOTAL: 1